BLUE HAVEN POOLS, Petitioner

v.

SKIPPACK BUILDING CORPORA-
TION, and BS Trust, EB Trust, JE
Trust and SJ Trust, Garnishees, Re-
spondents

No. 443 MAL 2017

Supreme Court of Pennsylvania.

December 13, 2017

## ORDER

PER CURIAM

**AND NOW**, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.

CF SBC UST 3, LLC

v.

Jose CEDENO, Ali S. Shaman
J.A.C.C. El Bey

Petition of: Jose Cedeno

No. 292 EAL 2017

Supreme Court of Pennsylvania.

December 13, 2017

## ORDER

PER CURIAM

**AND NOW**, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.

Robert and Katherine PORTER, Indi-
vidually, and as Parents and Natural
Guardians of Robert T. "Bo" Porter, a
Minor, Petitioners

v.

SMITHKLINE BEECHAM CORPORA-
TION, Pfizer, Inc. and Wolters Klu-
wer Health, Inc., Respondents

No. 257 EAL 2017

Supreme Court of Pennsylvania.

December 13, 2017

## ORDER

PER CURIAM

**AND NOW**, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.